# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREGG BUTLER, | ) | No. CV 10-04476-ODW (VBK) |
| Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND |
| v. | ) ) | RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) |
| T. GONZALEZ, et al., | ) ) | DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| Respondents. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Traverse, the Notice of RE-Lodgment of Exhibits, Memorandum for E-Lodgment of Exhibits, Petitioner's Objections, all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Amended Report").

//
//
//
//
//
//

**IT IS ORDERED** that: (1) the Court accepts and adopts the Amended Report and Recommendation, (2) the Court declines to issue a Certificate of Appealability ("COA");[1] and (3) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: December 27, 2010

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

---

[1] Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that, to obtain a Certificate of Appealability under §2253(c), a habeas petitioner must show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029 (2003). After review of Petitioner's contentions herein, this Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right, as is required to support the issuance of a COA.