UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROBERT GREGG BUTLER,                )   No. CV 10-04476-ODW (VBK)
                                    )
                Petitioner,         )   JUDGMENT
                                    )
        v.                          )
                                    )
T. GONZALEZ, et al.,                )
                                    )
                Respondents.        )
_____ )

        Pursuant to the Order Accepting and Adopting the Amended Report
and Recommendation of the United States Magistrate Judge, and
dismissing the Petition for Writ of Habeas Corpus ("Petition") with
prejudice,

        **IT IS ADJUDGED** that the Petition is dismissed with prejudice.


DATED: December 27, 2010          _____
                                  OTIS D. WRIGHT, II
                                  UNITED STATES DISTRICT JUDGE